Filed 3/8/22  P. v. Howard CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>BRETT EVANS HOWARD,<br><br>    Defendant and Appellant. | 2d Crim. No. B313429<br>(Super. Ct. No. 2020033173)<br>(Ventura County) |

Brett Evans Howard appeals the judgment entered after a jury convicted him of second degree robbery (Pen. Code, § 211),[1] false personation of another (§ 529, subd. (a)(3)), giving false information to a police officer (§ 148.9, subd. (a)), escape from arrest (§ 836.6, subd. (b)), and resisting arrest (§ 148, subd. (a)(1)).  Appellant was sentenced to two years and eight months in state prison.

In November 2020, appellant stole a power tool from Home Depot and escaped police custody after his arrest.  Following a

---

1 All further references are to the Penal Code.

two-hour search that included multiple units, a helicopter, drones, and a SWAT team, a K-9 officer located appellant hiding in an avocado tree in an orchard behind the police station.

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues. On November 29, 2021, we notified appellant by mail that he had 30 days within which to personally submit any contentions or issues he wished us to consider. The 30 days have since passed, and appellant has not presented any contentions or issues for our consideration.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with counsel's responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436.)

DISPOSITION

The judgment is affirmed.
NOT TO BE PUBLISHED.

YEGAN, J.

We concur:

GILBERT, P. J.

PERREN, J.

2

Anthony Sabo, Judge
Superior Court County of Ventura

_____

Adrian Dresel-Velasquez, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.